## UNLAWFUL DETAINER DECLARATION

I, (name of declarant) Caroline Choi _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the Property because (specify):

    a. ☐ I am the Movant and owner of the Property.

    b. ☐ I manage the Property as the authorized agent for the Movant.

    c. ☐ I am employed by Movant as (title and capacity):

    d. ☒ Other (specify):
    I am a member of 9839 Sunland Blvd. LLC, the owner of the subject property and the herein moving party. In that capacity I am responsible for the daily management of this property.

2. a. ☒ I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

    b. ☐ Other (see attached):

3. The Property is:

    ☒ Residential    ☐ Nonresidential

    Street Address:    9839 1/2 Sunland Blvd.
    Unit/Suite Number:
    City, State, Zip Code:  Sunland, California 91040

4. Movant is the ☒ legal owner of the Property, or ☐ the owner's legally authorized agent. A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit 3 - 5 . A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:

    (1) ☐ a month-to-month tenancy

    (2) ☐ a lease that is in default

    (3) ☐ after a foreclosure sale that was held on (date): _____.

    (4) ☒ other (specify): month to month tenancy after lease expiration on 5/31/15.

6. The Debtor failed to pay:

    a. ☒ The monthly rent of $ 1,600.00 _____ beginning on (date): 05/01/2017 .
    Debtor owes a balance of $2880 for the period of 1/1/17 through 4/30/17 in addition to the monthly rent of $1600 going forward.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 7    F 4001-1.RFS.UD.MOTION

b. ☐ Other obligations including:

   (1) ☐ Common area maintenance charges

   (2) ☐ Property taxes

   (3) ☐ Other obligations (*specify*):

7. Procedural status

   a. ☐ The lease matured or was rejected on (*date*) _____:

      (1) ☐ by operation of law.

      (2) ☐ by order of the court.

   Exhibit 2 is a true and corect copy of the residential lease agreement.

   b. ☒ Movant caused a notice to quit to be served upon the Debtor on (*date*) __04/14/2017__, and a true and correct copy is attached as Exhibit __3__.

   c. ☒ Before the bankruptcy petition was filed:

      (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on (*date*) __04/19/2017__, and a true and correct copy is attached as Exhibit __4__.

      (2) ☐ Trial was held on (*date*) _____.

      (3) ☐ Trial was continued to (*date*) _____.

      (4) ☒ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) __06/23/2017__, and a true and correct copy is attached as Exhibit __5__. Judgment entered pre petition as the bankruptcy was filed at 2:48 PM on 6-23-17. Exhibit 1.

      (5) ☒ A writ of possession for the Property was issued on (*date*) __07/11/2017__, and a true and correct copy is attached as Exhibit __6__. Movant did not have notice of this bankruptcy filing before the writ of possession was issued.

   d. After the bankruptcy petition was filed:

      (1) ☐ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

      (2) ☐ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

      (3) ☐ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

      (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

         (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

         (B) ☐ Movant has not filed and served an objection.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 8                                    F 4001-1.RFS.UD.MOTION

    (5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit ___. A hearing on this objection is set for: _____.

    (6) ☐ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☐ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

   a. ☒ Residential, and is not producing income for the Debtor.

   b. ☐ Commercial, but no reorganization is reasonably in prospect.

   c. ☐ No longer property of the estate.

   d. ☒ Other (*specify*):
Debtor occupies the subject premises on a month to month basis. Debtor is delinquent in the monthly rent of $1600 for the period of 5/1/17 through 8/1/17 with a balance of $2880 owing from 1/1/17 through 4/30/17.

10. ☐ The bankruptcy case was filed in bad faith:

   a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☐ Other (*specify*):

11. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

   b. ☐ Multiple bankruptcy cases affecting the Property include:

     (1) Case name: _____
       Chapter: _____    Case number: _____
       Date filed: _____    Date discharged: _____    Date dismissed: _____
       Relief from stay regarding the Property ☐ was ☐ was not granted.

     (2) Case name: _____
       Chapter: _____    Case number: _____
       Date filed: _____    Date discharged: _____    Date dismissed: _____
       Relief from stay regarding the Property ☐ was ☐ was not granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 9                                    F 4001-1.RFS.UD.MOTION

(3) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property  ☐ was  ☐ was not  granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☒ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

   a. ☒ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions. **

   b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

   c. ☐ For other facts justifying annulment, see attached continuation page.

   ** Movant received notice of this filing after issuance of the writ. The Sheriff would not proceed with the lockout.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/11/17    Caroline Chor    X  /s/ signature
Date          Printed Name         Signature