# EXHIBIT 1

IS

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 7 of the United States Bankruptcy Code,
entered on 06/23/2017 at 2:48 PM and filed on 06/23/2017.

**FILED**

**06/23/2017**

**Luis Leonardo**
1072 N. Wilton Place
Los Angeles, CA 90038
310-770-8406
SSN / ITIN: xxx-xx-1313
*aka* **Leonardo Louie**
*dba* **Mariposa**
*dba* **Mariposa Tradings Post**
*dba* **All American Classics**
*dba* **Island Pictures Entertaiment**

   The bankruptcy trustee is:


**Edward M Wolkowitz (TR)**
Levene Neale Bender Yoo & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
(310) 229-3367

The case was assigned case number 2:17-bk-17690-BB to Judge Sheri Bluebond.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple
Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy**
**Court**

16

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/09/2017 19:32:53 | | | |
| **PACER Login:** | pw0080:2618276:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:17-bk-17690-BB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

(17