# EXHIBIT 3

24

# NOTICE TO PAY RENT OR QUIT

TO: 1 Mariposa & Island Pictures Entertainment.
_____
(first and last names of all adults living in the unit)

located at: 9839 1/2 SUNLAND BLVD
SUNLAND, CA 91040
_____ , California

Within three (3) days after the service on you of this notice you are hereby required to pay the rent of the premises described above of which you now hold possession, amounting in the sum of:

$ 2,880.00 _____ enumerated as follows:

$ ____2,880.00__ due from  JANUARY 1_____ , 2017 through APRIL 30 , 2017

$ _____ due from  _____ , _____ through _____ , _____

$ _____ due from  _____ , _____ through _____ , _____

or deliver up the possession of the premises.

You are further notified that if you do not comply with either of the above, the undersigned does hereby elect to declare the forfeiture of your lease or rental agreement under which you hold possession of the above described premises and lessor will institute legal proceedings to recover rent and possession of said premises.

DATED: 4/13/2017

_____        _____
(Owner)                                (Agent)

9839 SUNLAND BLVD LLC                  _____
(Print Name)                           (Print Name)

Make rent payable to: 9839 SUNLAND BLVD LLC
Make payment at this street address: P.O BOX 811787 LOS ANGELES, CA 90081
Payment days and hours: BY MAIL WITHIN 3 DAYS AFTER SERVICE OF THIS NOTICE
Phone number: 818-933-1100



LS-402UD
Legal Solutions Plus



# EXHIBIT 2