# EXHIBIT 4

26

**SUMMONS**
**(CITACIÓN JUDICIAL)**
**UNLAWFUL DETAINER—EVICTION**
**(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)**

**SUM-130**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 19 2017

Sherri R. Carter, Executive Officer/Clerk
By Gilbert S. Glorioso, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
9839 SUNLAND BLVD LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA
   300 EAST WALNUT STREET, ROOM 116
   PASADENA, CA 91101
   NORTHEAST DISTRICT

   **CASE NUMBER:** *(Número del caso):* **17P01526**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   LAW OFFICES OF VINCENT REAL, 74938          310-921-3322
   VINCENT REAL                                 310-921-2212
   3625 DEL AMO BLVD SUITE 340
   TORRANCE, CA 90503

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: APR 19 2017                SHERRI R. CARTER, Executive Officer/Clerk
*(Fecha)*                        Clerk, by Gilbert Glorioso, Deputy
                                 *(Secretario)*                       *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)           [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

Legal Solutions Plus

27

| | UD-100 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>LAW OFFICES OF VINCENT REAL, 74938<br>VINCENT REAL<br>3625 DEL AMO BLVD SUITE 340<br>TORRANCE, CA 90503<br>TELEPHONE NO.: 310-921-3322    FAX NO. *(Optional):* 310-921-2212<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | **FOR COURT USE ONLY**<br>*CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>APR 19 2017<br>Sherri R. Carter, Executive Officer/Clerk<br>By Gilbert S. Glorioso, Deputy* |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES<br>STREET ADDRESS: 300 EAST WALNUT STREET, ROOM 116<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: PASADENA, CA 91101<br>BRANCH NAME: NORTHEAST DISTRICT | |
| PLAINTIFF: 9839 SUNLAND BLVD LLC<br>DEFENDANT: 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT<br>☐ DOES 1 TO _____ | |
| **COMPLAINT — UNLAWFUL DETAINER\***<br>[X] COMPLAINT    ☐ AMENDED COMPLAINT *(Amendment Number):* | **CASE NUMBER:**<br>17P01526 |

**Jurisdiction** *(check all that apply):*

[X] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded    [X] does not exceed $10,000
                                  ☐ exceeds $10,000 but does not exceed $25,000
☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
    ☐ from unlawful detainer to general unlimited civil (possession not in issue)    ☐ from limited to unlimited
    ☐ from unlawful detainer to general limited civil (possession not in issue)    ☐ from unlimited to limited

1. PLAINTIFF *(name each):* 9839 SUNLAND BLVD LLC

   alleges causes of action against DEFENDANT *(name each):* 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT

2. a. Plaintiff is    (1) ☐ an individual over the age of 18 years.    (4) ☐ a partnership.
                   (2) ☐ a public agency.                            (5) [X] a corporation.
                   (3) ☐ other *(specify):*

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   9839 1/2 SUNLAND BLVD SUNLAND CA 91040

4. Plaintiff's interest in the premises is    [X] as owner    ☐ other *(specify):*
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date):* 5/30/14              defendant *(name each):* 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT

      (1) agreed to rent the premises as a    [X] month-to-month tenancy    ☐ other tenancy *(specify):*
      (2) agreed to pay rent of $ 1600.00    payable    [X] monthly    ☐ other *(specify frequency):*
      (3) agreed to pay rent on the    [X] first of the month    ☐ other day *(specify):*
   b. This [X] written    ☐ oral    agreement was made with
      (1) ☐ plaintiff.                         (3) [X] plaintiff's predecessor in interest.
      (2) ☐ plaintiff's agent.                  (4) ☐ other *(specify):*

\***NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3
Form Approved for Optional Use    **COMPLAINT—UNLAWFUL DETAINER**    Civil Code, § 1940 et seq.
Judicial Council of California                                        Legal Solutions Plus    Code of Civil Procedure §§ 425.12, 1166
UD-100 [Rev. July 1, 2005]

28

| PLAINTIFF (Name): 9839 SUNLAND BLVD LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT | |

6. c. ☐ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☐ other (specify):

  d. ☐ The agreement was later changed as follows (specify):

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
  f. ☒ (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant (name each): 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT

was served the following notice on the same date and in the same manner:
  (1) ☒ 3-day notice to pay rent or quit     (4) ☐ 3-day notice to perform covenants or quit
  (2) ☐ 30-day notice to quit     (5) ☐ 3-day notice to quit
  (3) ☐ 60-day notice to quit     (6) ☐ Other (specify):
  b. (1) On (date): 4/17/17 the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. ☒ The notice included an election of forfeiture.
  e. ☒ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
  (1) ☐ by personally handing a copy to defendant on (date):
  (2) ☐ by leaving a copy with (name or description):
    a person of suitable age and discretion, on (date):     at defendant's
    ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
    (date):     because defendant cannot be found at defendant's residence or usual place of business.
  (3) ☒ by posting a copy on the premises on (date): 4/14/17 ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
    (date): 4/14/17
    (a) ☒ because defendant's residence and usual place of business cannot be ascertained OR
    (b) ☒ because no person of suitable age or discretion can be found there.
  (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
  (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
  b. ☐ (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): 9839 SUNLAND BLVD LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT | |

9. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. [X] At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 2880.00
11. [X] The fair rental value of the premises is $ 53.33        per day.
12. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. [X] A written agreement between the parties provides for attorney fees.
14. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)*:


    Plaintiff has met all applicable requirements of the ordinances.
15. [ ] Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. [X] past-due rent of $ 2880.00
    d. [X] reasonable attorney fees.
    e. [X] forfeiture of the agreement.
    f. [X] damages at the rate stated in item 11 from *(date):* 5/1/17 for each day that defendants remain in possession through entry of judgment.
    g. [ ] statutory damages up to $600 for the conduct alleged in item 12.
    h. [ ] other *(specify):*

18. [X] Number of pages attached *(specify):* 3

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant [X] did not  [ ] did  for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 4/19/2017

LAW OFFICES OF VINCENT REAL, 74938
(TYPE OR PRINT NAME)                                            ▶ _____
                                                                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*
I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____                                            ▶ _____
(TYPE OR PRINT NAME)                                            (SIGNATURE OF PLAINTIFF)

1 **VERIFICATION**

2     The undersigned declares, under penalty of perjury that he is the attorney for the
3 plaintiff corporation in the above-entitled action; that said officers of the corporation are
4 absent from the County of Los Angeles, in which the undersigned has his office; that he
5 has read the foregoing COMPLAINT and that he is informed and believes the matters
6 stated therein are true.

7     I declare under penalty of perjury that the foregoing is true and correct.

8     Executed on April 19, 2017, at Torrance, California.

9                                           _____

10                                              Vincent Real

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | POS-010 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State bar number, and address):*<br>LAW OFFICES OF VINCENT REAL,   SBN 74938<br>VINCENT REAL<br>3625 DEL AMO BLVD., SUITE 340<br>TORRANCE, CA 90503<br>TELEPHONE NO.: 310-921-3322    FAX NO. *(Optional):* 310-921-2212<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES<br>STREET ADDRESS: 300 EAST WALNUT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: PASADENA, CA 91101<br>BRANCH NAME: NORTH EAST DISTRICT | | |
| PLAINTIFF/PETITIONER: 9839 SUNLAND BLVD LLC<br>DEFENDANT/RESPONDENT: 1 MARIPOSA & ISLAND PICTURES ENTERTAINMEN | CASE NUMBER:<br>17P01526 | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: | |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* PREJUDGMENT CLAIM OF RIGHT TO POSSESSION AND GENERAL ORDER
3. a. Party served *(specify name of party as shown on documents served):* 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   LUIS LEANARDO, AUTHORIZED AGENT FOR SERVICE OF PROCESS
4. Address where the party was served: 9839 1/2 SUNLAND BLVD., SUNLAND, CA 91040
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 4-19-2017    (2) at *(time):* 2:38 p.m.
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Legal Solutions Plus    Code of Civil Procedure, § 417.10

32

| PLAINTIFF/PETITIONER: 9839 SUNLAND BLVD LLC | CASE NUMBER: 17P01526 |
|---|---|
| DEFENDANT/RESPONDENT: 1 MARIPOSA & ISLAND PICTURES ENTERTAIN | |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                (2) from (city):
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify):* 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)              [X] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                            [ ] other:

7. **Person who served papers**
   a. Name: SEAN O'HARA
   b. Address: 4566 W. 162ND STREET, LAWNDALE, CA 90260
   c. Telephone number: 310-542-7970
   d. The fee for service was: $ 65
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [X] owner   [ ] employee   [ ] independent contractor.
         (ii) Registration No.: 2013020556
         (iii) County: LOS ANGELES

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4-19-2017

_____                    ▶ *[signature]*
SEAN O'HARA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

33

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF VINCENT REAL, SBN 74938<br>VINCENT REAL<br>3625 DEL AMO BLVD., SUITE 340<br>TORRANCE, CA 90503<br>TELEPHONE NO.: 310-921-3322  FAX NO. (Optional): 310-931-2212<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 300 EAST WALNUT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: PASADENA, CA 91101
BRANCH NAME: NORTHEAST DISTRICT

PLAINTIFF/PETITIONER: 9839 SUNLAND BLVD LLC

DEFENDANT/RESPONDENT: 1 MARIPOSA & ISLAND PICTURES ENTERTAINMENT

CASE NUMBER: 17P01526

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* PREJUDGMENT CLAIM OF RIGHT TO POSSESSION AND GENERAL ORDER
3. a. Party served *(specify name of party as shown on documents served):* ALL OTHER OCCUPANTS

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 9839 1/2 SUNLAND BLVD., SUNLAND, CA 91040
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 4-19-2017 at *(time):* 2:38 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* LUIS LEONARDO, TENANT
       (1) [X] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
       (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
       (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
       (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 4-19-2017 from *(city):* Lawndale   or [ ] a declaration of mailing is attached.
       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Legal Solutions Plus

Code of Civil Procedure, § 417.10

34

Exhibit 4    Page 10 of 10

| PLAINTIFF/PETITIONER: 9839 SUNLAND BLVD LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 1 MARIPOSA & ISLAND PICTURES ENTERTAIN | 17P01526 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☒ **by other means** *(specify means of service and authorizing code section):* by posting & mailing pursuant to C.C.P. 415.46 on 4-19-2017

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* ALL OTHER OCCUPANTS
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   - ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   - ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   - ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   - ☐ 416.50 (public entity)         ☒ 415.46 (occupant)
                                      ☐ other:

7. Person who served papers
   a. Name: SEAN O'HARA
   b. Address: 4566 W. 162ND STREET, LAWNDALE, CA 90260
   c. Telephone number: 310-542-7970
   d. The fee for service was: $ 65
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☒ owner  ☐ employee  ☐ independent contractor.
          (ii) Registration No.: 2013020556
          (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4-19-2017

_____SEAN O'HARA_____                              ▶ _Sean_ /s/
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**              Page 2 of 2



35