# EXHIBIT 5

JUDGMENT                                                                      17P01526

            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
            CENTRAL DISTRICT, STANLEY MOSK COURTHOUSE (-19470- )
            111 N. HILL ST., LOS ANGELES, CA 90012

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE ENTERED AS FOLLOWS:

FOR:   9839 SUNLAND BLVD   LLC

_____
_____
_____
_____

AGAINST:   LEONARDO, LOUIE

_____
_____
_____
_____

$ 4080.00        Rent+Damages,
$ 0.00           costs as provided by law (as taxed or ascertained.)

FOR A TOTAL OF: $       4080.00

RESTITUTION AND POSSESSION OF THE PREMISES LOCATED AT:
9839 1/2 SUNLAND BLVD.
 SUNLAND, CA 91040

THIS JUDGMENT OF POSSESSION APPLIES TO ANY AND ALL UNNAMED OCCUPANTS OF THE PREMISES
PURSUANT TO C.C.P. 415.46,
AND THAT THE LEASE OR AGREEMENT UNDER WHICH THE AFORESAID PROPERTY IS HELD BE, AND
THE SAME IS HEREBY DECLARED, FORFEITED.

This judgment conforms to the order of the court.

DATED: 06/23/2017                    JEAN MARIE GURNEE
                                     DEPUTY CLERK

================================================================================
FILED AND ENTERED ON: 06/23/2017
BY JEAN MARIE GURNEE                  SHERRI R. CARTER
   DEPUTY CLERK                       Executive Officer/Clerk

CIV 4                        JUDGMENT

37